In the Matter of the Application of ISAAC SHENDELL, CARL S. BRESNICK and HELEN SEGAL, Petitioners, Appellants, for the Appointment of Three Persons to Appraise the Value of the Stock Held by Them in 541 WEST 124TH STREET CORPORATION, Respondent, Pursuant to Sections 20 and 21 of the Stock Corporation Law.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. HERMAN H. STONE, as Trustee, etc., Stockholder, Appellant; CHARLES G. EDWARDS and Others, Respondents.— Order so far as appealed from unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Cohn and Callahan, JJ. [169 Misc. 802.]

SOCIETE ANONYME DES ATELIERS BRILLIE FRERES, Appellant, v. JAEGER WATCH COMPANY, INCORPORATED, Respondent.— Order entered December 16, 1938, so far as appealed from, and order entered December 24, 1938, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of LOUIS SANDERS, to Fix and Determine His Compensation for Services Rendered as Attorney for the Administrator Individually and for the Estate of SAMUEL FIELDMAN, Also Known as SAMUEL Z. FIELDMAN, Deceased. LOUIS SANDERS, Petitioner, Respondent; NAHUM FIELDMAN, Individually and as Administrator, etc., Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of SEYMOUR A. LEFKOWITZ, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN, President, WALLACE S. SAYRE and FERDINAND Q. MORTON, Commissioners, Constituting the Municipal Civil Service Commission, and WILLIAM HODSON, Commissioner of Welfare, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [170 Misc. 275.]